UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOEL D. PRICKETT,
        Petitioner

v.

WARDEN STOVER,
        Respondent

No. 3:23-CV-459 (JAM)

## REPLY TO GOVERNMENT'S ORDER TO SHOW CAUSE

And now comes Joel D. Prickett in response to the Government's response. Government states that Mr. Prickett is ineligible for actual application of FSA time credits at this time.

Mr. Prickett has maintained his job at CMS for 7 years now when his program needs come up and the class starts Mr. Prickett is first to arrive. Mr. Prickett is not only the most qualified welder in the institution, but is loaned out to other CMS jobs due to his extensive knowledge in various fields of trade craft. It is correct that Mr. Prickett has had (2) medium risk assessments and that is at the very heart of this Petition. Unit team refuses to lower him to a minimum risk. As of this writing, Mr. Prickett has accrued 1571 program days, yet the institution's unit team case manager Lawn refuses to lower him to a minimum risk assessment. In the Government's response, they state Mr. Prickett is ineligible several times but also add a dozen "however's." However if the inmate is trying to lower his risk assessment unit team may consider lowering him. However, if the warden is satisfied he has made a good faith effort. However, however. The Government's response is full of contradictions. On one page he is ineligible, then on the next, if he shows in good faith he is trying, he can be eligible.

The Government states that his latest, or most recent risk assessment was conducted on December 1, 2022. He was deemed "medium" risk of recidivism. See Exhibit B-2. Mr. Prickett was teamed on 6/3/2023 and again, Lawn gave him a

medium risk assessment. (See exhibits in rear of brief.) When does Mr. Prickett get a minimum risk assessment? He's been programming, working 5 days a week, what incentives are the unit team's giving inmates if when the inmate has made a huge good faith effort to maintain clear conduct, work, and program every day of his incarceration? Mr. Prickett's last incident report was years ago, at what point does his risk level come down? That we leave up to this Honorable Court to decide.

## CONCLUSION

Compared to the last risk assessment and points rating, Mr. Prickett has maintained daily employment, good conduct on his record, and, when his needs classes come up, he is the first to arrive. Mr. Prickett asks this Court and seeks to find out at what point does tall this lower his risk assessment and why after all this programming does his points and risk assessment's keep going up and not down. Thank you your Honor.

Respectfully Submitted,

Pro Se, Motion for FSA Time Credits

X _____
Joel D. Prickett
Reg # 49742-177
33 ½ Pembroke Road
Danbury, CT 06811

CERTIFICATE OF SERVICE

I certify that on June 29, 2023 I served a full and complete copy of the forgoing response to the Government's show cause order using first class, postage pre-paid mail to all counsel of record.

_____
Joel D. Prickett



| | | |
|---|---|---|
| **Individualized Needs Plan - Program Review    (Inmate Copy)** | | SEQUENCE: 01962840 |
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 06-03-2023 |
| Plan is for inmate: PRICKETT JR, JOEL   49742-177 | | |

| | | | |
|---|---|---|---|
| Facility: | DAN  DANBURY FCI | Proj. Rel. Date: | 01-31-2027 |
| Name: | PRICKETT JR, JOEL | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 49742-177 | DNA Status: | MNA05021 / 12-14-2016 |
| Age: | 45 | | |
| Date of Birth: | 02-12-1978 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAN | STEAMFIT | STEAMFITTER WORK DETAIL | 02-07-2023 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAN | ESL HAS | ENGLISH PROFICIENT | 02-11-2016 |
| DAN | GED EARNED | GED EARNED IN BOP | 07-06-2017 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DAN M | C | V-PLUMBER APPRENTICESHIP | 07-16-2021 | 01-08-2022 |
| MNA M | C | RPP #6 - DRUG EDUCATION | 01-29-2018 | 03-05-2018 |
| MNA M | C | GED A 1400-1530 M-F | 01-19-2017 | 07-06-2017 |
| MNA M | C | RPP1-AIDS * DISEASE PREVENTION | 01-09-2017 | 01-09-2017 |
| MNA M | C | INTRO 2014 SERIES GED | 01-18-2017 | 01-19-2017 |
| ERE | W | PRE GED: 9-10:30 AM B.BOWERS | 03-21-2016 | 12-16-2016 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 02-17-2016 |
| CARE2 | STABLE, CHRONIC CARE | 12-14-2016 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 12-02-2020 |
| LOWER BUNK | LOWER BUNK REQUIRED | 08-04-2022 |
| NO DUTY | NO DUTY DUE TO MEDICAL COND | 12-14-2016 |
| NO PAPER | NO PAPER MEDICAL RECORD | 07-31-2015 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-11-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 02-17-2016 |
| ED COMP | DRUG EDUCATION COMPLETE | 03-05-2018 |
| MAT DECL | MED ASSIST TRMT DECLINE | 11-28-2022 |

### FRP Payment Plan

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| **FRP Assignment:** | **COMPLT**  FINANC RESP-COMPLETED | | **Start: 06-16-2016** |
| Inmate Decision: | **AGREED**    $25.00 | Frequency: | **QUARTERLY** |
| Payments past 6 months: | **$0.00** | Obligation Balance: | **$0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

```
DANAM   540*23 *           SENTENCE MONITORING         *    06-03-2023
PAGE 002 OF 002 *          COMPUTATION DATA            *    07:31:49
                           AS OF 06-03-2023

REGNO..: 49742-177 NAME: PRICKETT JR, JOEL


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-09-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-01-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-11-2016
TOTAL TERM IN EFFECT............:    160 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     13 YEARS      4 MONTHS
EARLIEST DATE OF OFFENSE........: 06-10-2015

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    07-03-2015    01-10-2016

TOTAL PRIOR CREDIT TIME.........: 192
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 638
TOTAL GCT EARNED................: 297
STATUTORY RELEASE DATE PROJECTED: 01-31-2027
ELDERLY OFFENDER TWO THIRDS DATE: 05-22-2024
EXPIRATION FULL TERM DATE.......: 10-30-2028
TIME SERVED.....................:      7 YEARS     11 MONTHS      1 DAYS
PERCENTAGE OF FULL TERM SERVED..:   59.4
PERCENT OF STATUTORY TERM SERVED:   68.3

PROJECTED SATISFACTION DATE.....: 01-31-2027
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 2-1-16 DGCT:KLP; 4.21.17 DGCT K/SNM
                COMP UPDATED PER FSA 04-15-2020. RBT; 5-9-20 DGCT K/STW




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
 DANAM   540*23 *           SENTENCE MONITORING         *   06-03-2023
 PAGE 001      *             COMPUTATION DATA           *   07:31:49
                              AS OF 06-03-2023

REGNO..: 49742-177 NAME: PRICKETT JR, JOEL


FBI NO............: 824141CB4         DATE OF BIRTH: 02-12-1978  AGE: 45
ARS1..............: DAN/A-DES
UNIT..............: 2 GP              QUARTERS.....: E04-034U
DETAINERS.........: NO                NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 07-31-2026

THE INMATE IS PROJECTED FOR RELEASE: 01-31-2027 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: TEXAS, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:15-CR-00151-0(18)
JUDGE...........................: O'CONNOR
DATE SENTENCED/PROBATION IMPOSED: 01-11-2016
DATE COMMITTED..................: 02-08-2016
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                    FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:     $100.00        $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A
         CONTROLLED SUBSTANCE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    160 MONTHS
 TERM OF SUPERVISION............:      4 YEARS
 DATE OF OFFENSE................: 06-10-2015




G0002         MORE PAGES TO FOLLOW . . .
```

```
 DANAM  606.00 *       MALE CUSTODY CLASSIFICATION FORM       *      06-03-2023
PAGE 001 OF 001                                                        07:41:03
                            (A) IDENTIFYING DATA
REG NO..:  49742-177           FORM DATE: 09-27-2022           ORG: DAN
NAME....: PRICKETT JR, JOEL
                                        MGTV: LESS SECU
PUB SFTY: NONE                          MVED: N/A
                              (B) BASE SCORING
DETAINER: (0) NONE             SEVERITY.......: (3) MODERATE
MOS REL.: 52                   CRIM HIST SCORE: (10) 13 POINTS
ESCAPES.: (0) NONE             VIOLENCE.......: (5) < 5 YRS MINOR
VOL SURR: (0) N/A              AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                             (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (2) GOOD     TYPE DISCIP RPT: (3A) 1 MOD
FREQ DISCIP RPT.: (2) 1        FAMILY/COMMUN..: (4) GOOD


                       --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY   CONSIDER
 +20  +16    0         +20         MEDIUM        LOW            IN       SAME


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

FSA Time Credit Assessment
Register Number:49742-177, Last Name:PRICKETT JR

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

```
Register Number....: 49742-177                  Responsible Facility: DAN
Inmate Name                                     Assessment Date.....: 05-28-2023
  Last.............: PRICKETT JR                Period Start/Stop...: 12-21-2018 to 05-28-2023
  First............: JOEL                       Accrued Pgm Days....: 1571
  Middle...........:                            Disallowed Pgm Days.: 48
  Suffix...........:                            FTC Towards RRC/HC..: 155
  Gender...........: MALE                       FTC Towards Release.: 365
  Start Incarceration: 01-11-2016               Apply FTC to Release: No

Start         Stop         Pgm Status    Pgm Days
12-21-2018    05-28-2023   accrue        1571
  Cannot apply FTC
    Facility  Category   Assignment   Start             Stop
    DAN       FSA        R-MED        12-01-2022 1429   CURRENT
--------------------------------------------------------------------------------
Start         Stop         Pgm Status    Pgm Days
12-21-2018    01-25-2019   disallow      35
  Not in qualifying admit status
    Facility  Category   Assignment   Start             Stop
    YAP       ARS        A-BOP HLD    10-13-2018 0225   01-25-2019 1715
--------------------------------------------------------------------------------
Start         Stop         Pgm Status    Pgm Days
01-25-2019    07-31-2019   accrue        187
  Accrued Pgm Days...: 187
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
--------------------------------------------------------------------------------
Start         Stop         Pgm Status    Pgm Days
07-31-2019    08-13-2019   disallow      13
  Not in qualifying admit status
    Facility  Category   Assignment   Start             Stop
    7-V       ARS        A-ADMIT      01-25-2019 1815   01-25-2019 1816
    7-V       ARS        RELEASE      01-25-2019 1816   01-25-2019 1816
    YAP       ARS        TRANSFER     07-30-2019 0238   07-30-2019 0238
    7-V       ARS        A-ADMIT      07-30-2019 0338   07-30-2019 1330
    OKL       ARS        A-BOP HLD    07-30-2019 1230   08-13-2019 0900
    7-V       ARS        RELEASE      07-30-2019 1330   07-30-2019 1330
--------------------------------------------------------------------------------
Start         Stop         Pgm Status    Pgm Days
08-13-2019    05-28-2023   accrue        1384
```

Assessment Date: 05-28-2023                    (1)                    Assessment# -2146659460

## FSA Time Credit Assessment

Register Number:49742-177, Last Name:PRICKETT JR

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Accrued Pgm Days...: 1384
Carry Over Pgm Days: 7
Time Credit Factor.: 10
Time Credits.......: 460
```

--- FSA Assessment ---

| #   | Start      | Stop       | Status | Risk Assignment | Risk Asn Start   | Factor |
|-----|------------|------------|--------|-----------------|------------------|--------|
| 001 | 12-21-2018 | 01-18-2019 | ACTUAL | FSA R-HI        | 04-28-2021 1325  | 10     |
| 002 | 01-18-2019 | 07-17-2019 | ACTUAL | FSA R-HI        | 04-28-2021 1325  | 10     |
| 003 | 07-17-2019 | 01-13-2020 | ACTUAL | FSA R-HI        | 04-28-2021 1325  | 10     |
| 004 | 01-13-2020 | 07-11-2020 | ACTUAL | FSA R-HI        | 04-28-2021 1325  | 10     |
| 005 | 07-11-2020 | 01-07-2021 | ACTUAL | FSA R-HI        | 04-28-2021 1325  | 10     |
| 006 | 01-07-2021 | 07-06-2021 | ACTUAL | FSA R-HI        | 04-28-2021 1325  | 10     |
| 007 | 07-06-2021 | 01-02-2022 | ACTUAL | FSA R-HI        | 04-28-2021 1325  | 10     |
| 008 | 01-02-2022 | 07-01-2022 | ACTUAL | FSA R-HI        | 12-09-2021 1203  | 10     |
| 009 | 07-01-2022 | 12-28-2022 | ACTUAL | FSA R-MED       | 06-04-2022 1101  | 10     |
| 010 | 12-28-2022 | 06-26-2023 | ACTUAL | FSA R-MED       | 12-01-2022 1429  | 10     |

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:49742-177, Last Name:PRICKETT JR

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 49742-177<br>Inmate Name<br>  Last........: PRICKETT JR<br>  First.......: JOEL<br>  Middle......:<br>  Suffix......:<br>Gender........: MALE | Risk Level Inmate....: R-MED<br>  General Level......: R-MED (49)<br>  Violent Level......: R-MED (30)<br>Security Level Inmate: MEDIUM<br>Security Level Facl..: LOW<br>Responsible Facility.: DAN<br>Start Incarceration..: 01/11/2016 |

### PATTERN Worksheet Details

Item: Programs Completed, Value: 2
General Score: -6, Violent Score: -2
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| DRG | ED COMP | 03/05/2018 11:01 | |
| EDC | ACE GED | 01/18/2017 00:01 | 01/18/2017 00:01 |

Item: Work Programs, Value: 2
General Score: -2, Violent Score: -2
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | APPLUMBER | 07/16/2021 14:02 | 07/16/2021 14:02 |
| WRK | MD T 08 | 09/27/2016 16:27 | 09/27/2016 16:27 |